

ORIGINAL

FILED

06/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0392

## IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 19-0392

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

PHILLIP BRUINSMA,

    Defendant and Appellant.

FILED

JUN 29 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## ORDER

Upon reading and filing Unopposed Motion for Extension of Time to File Opening Brief and Affidavit in Support by attorney Penelope S. Strong, and good cause appearing, wherefore;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and the deadline set to file the Opening Brief in this case is hereby extended from June 29, 2020, to August 2, 2020.

_____